FILED
CLERK, U.S. DISTRICT COURT

JAN 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SACR 09-94 AG.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>Andy Ancrade<br>　　　　Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

　(A)　( ✓ )　the appearance of defendant as required; and/or

　(B)　( ✓ )　the safety of any person or the community.

//
//

The court concludes:

A.  (–) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _that he can obide by court order_

(B)  ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

IT IS ORDERED that defendant be detained.

DATED: 1-2-14

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE